# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>    *Petitioner*,<br><br>        v.<br><br>GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO,<br><br>    *Respondents*. | Civil Action No. 08-864 (EGS) |

## NOTICE OF FILING MOTION FOR ENTRY OF PROTECTIVE ORDER

PLEASE TAKE NOTICE THAT Petitioner Ahmed Zaid has submitted to the Court Security Officer ("CSO") for review and filing in the above captioned action a Motion for Entry of Protective Order. The Motion was sent via express mail to the CSO for review for classified or protected information on June 6, 2008 at 2PM.

Dated: New Haven, CT
        June 6, 2008

Respectfully submitted,

Counsel for Petitioner:

/s/ Ramzi Kassem
Ramzi Kassem
Allard K. Lowenstein International Human
    Rights Clinic
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-0138
ramzi.kassem@yale.edu