IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO,<br><br>*Respondents*. | Civil Action No. 08-864 (EGS) |

## NOTICE OF APPEARANCE AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the petitioner in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing this petitioner without compensation.

Dated:    New Haven, CT
          June 11, 2008

Respectfully submitted,

*Counsel for Petitioner*:

/s/ Michael J. Wishnie
MICHAEL J. WISHNIE
(pursuant to LCvR 83.2(g))
Allard K. Lowenstein International Human
    Rights Clinic
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 436-4780
michael.wishnie@yale.edu