PREVIOUSLY FILED WITH CSO AND CLEARED FOR PUBLIC FILING

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>    *Petitioner*,<br><br>    v.<br><br>GEORGE W. BUSH, ROBERT GATES,<br>REAR ADM. MARK H. BUZBY, and<br>ARMY COL. BRUCE VARGO,<br><br>    *Respondents*. | Civil Action No. 08-864 (EGS) |

### MOTION FOR STATUS CONFERENCE

Petitioner Ahmed Zaid Salem Zuhair ("Petitioner") respectfully moves the Court to request a status conference in light of the Supreme Court's June 12, 2008 disposition of *Boumediene v. Bush*, 553 U.S. __ (2008).[1] The Supreme Court recognized that Guantánamo petitioners "are entitled to the privilege of habeas corpus to challenge the legality of their detention" and that "questions regarding the legality of the detention are to be resolved in the first instance by the District Court." *Boumediene v. Bush*, No. 06–1195, slip op. at 2, 42 (U.S. June 12, 2008). Accordingly, Petitioner requests a status conference at the Court's earliest convenience to determine appropriate next steps in the adjudication of his petition for writ of *habeas corpus*.

The sixth anniversary of Mr. Zuhair's apprehension into United States custody is well behind him now. He continues to languish at Guantánamo Bay without charge, trial or due process, and "with no definitive judicial determination as to the legality of [his] detention." *Id.*

---

[1] Pursuant to Local Civ. R. 7(m), counsel for Petitioner requested consent to this Motion from Respondents' counsel by email and voicemail on June 16, 2008 and has received no response at the time of this filing.

at 69. The need for the "prompt habeas corpus hearing," *id.* at 66, to which he is entitled is especially pressing as he nears the third anniversary of his hunger strike protesting his indefinite and arbitrary imprisonment. Like the petitioners in *Boumediene*, Mr. Zuhair's "access to the writ is a necessity to determine the lawfulness of his status," *id.* at 69, and in this case, as in *Boumediene*, "the costs of delay can no longer be borne by those who are held in custody." *Id.* at 66.

DATED: June 16, 2008

Respectfully submitted,

\_\_\_\_/s/_____
Ramzi Kassem
Michael J. Wishnie
*Supervising Attorneys*

Anand Balakrishnan
Jessica Chen
Darryl Li
Madhuri Kumar
*Law Student Interns*

Allard K. Lowenstein International Human Rights Clinic
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(t) (203) 432-0138
(f) (203) 432-1222
(e) ramzi.kassem@yale.edu
*Counsel for Petitioner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>　　*Petitioner*,<br><br>　　　　v.<br><br>GEORGE W. BUSH, ROBERT GATES,<br>REAR ADM. MARK H. BUZBY, and<br>ARMY COL. BRUCE VARGO,<br><br>　　*Respondents*. | Civil Action No. 08-864 (EGS) |

## [PROPOSED] ORDER

　　Upon consideration of Petitioner's Motion for Status Conference, and any opposition and reply thereto, it is hereby

　　ORDERED that the Motion is GRANTED; and it is further

　　ORDERED that a status conference in the above-captioned matter shall be held on _____, 2008.

SO ORDERED.

Date: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2008, I caused true and accurate copies of Petitioner's Motion for Status Conference to be served upon the following person, by electronic filing and via the Court Security Officer:

Andrew I. Warden, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530

            ___/s/_____
            RAMZI KASSEM
            Allard K. Lowenstein International Human Rights
              Clinic
            National Litigation Project
            Yale Law School
            127 Wall Street
            New Haven, CT 06511
            (203) 432-0138
            ramzi.kassem@yale.edu