IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED ZAID SALEM ZUHAIR, *et al.*          )
                                           )
          Petitioners,                     )
                                           )
     v.                                    )          Civil Action No. 08-CV-0864 (EGS)
                                           )
GEORGE W. BUSH,                            )
     President of the United States,       )
     *et al.*,                             )
                                           )
          Respondents.                     )
                                           )

**<u>NOTICE OF APPEARANCE</u>**

Please take notice of the appearance of the following counsel on behalf of respondents:

TERRY M. HENRY
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.  7th Floor
Washington, D.C. 20530

Dated: June 22, 2008                    Respectfully submitted,

                                        GREGORY KATSAS
                                        Acting Assistant Attorney General

                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel

_/s/ Terry M. Henry_

JOSEPH H. HUNT
VINCENT M. GARVEY
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-4107

Attorneys for Respondents