IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMED ZAID SALEM ZUHAIR, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-0864 (EGS) |
| GEORGE W. BUSH,   President of the United States,   *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' RESPONSE TO**
**PETITIONER'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Respondents do not oppose entry of the protective order and supplemental orders requested in petitioner's motion for entry of protective order, filed June 9, 2008, *i.e.*, (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.  Respondents, however, reserve the right to seek modifications to the protective order and supplemental orders as appropriate, and respondents' consent to entry of the orders is without prejudice to such right.

Dated: June 22, 2008                    Respectfully submitted,

GREGORY KATSAS
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel


   /s/ *Terry M. Henry*
JOSEPH H. HUNT
VINCENT M. GARVEY
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-4107

Attorneys for Respondents