# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>    *Petitioner*,<br><br>             v.<br><br>GEORGE W. BUSH, ROBERT GATES,<br>REAR ADM. MARK H. BUZBY, and<br>ARMY COL. BRUCE VARGO,<br><br>    *Respondents*. | Civil Action No. 08-864 (EGS) |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT Petitioner Ahmed Zaid Salem Zuhair has submitted to the Court Security Officer ("CSO") for review and filing in the above-captioned action a Reply in Further Support of His Motion for Status Conference. The Reply was sent via express mail to the CSO for review for classified or protected information on June 30, 2008 at 3PM.

Dated: New Haven, CT
       June 30, 2008

                                Respectfully submitted,

                                Counsel for Petitioner:

                                ____/s/_____
                                RAMZI KASSEM
                                Allard K. Lowenstein International Human Rights Clinic
                                National Litigation Project
                                Yale Law School
                                127 Wall Street
                                New Haven, CT 06511
                                (203) 432-0138
                                ramzi.kassem@yale.edu