# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,  *Petitioner*,  v.  GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO,  *Respondents*. | Civil Action No. 08-864 (EGS) |

## NOTICE OF FILING STATUS REPORT

PLEASE TAKE NOTICE THAT Petitioner Ahmed Zaid Salem Zuhair has submitted to the Court Security Officer ("CSO") for review and filing in the above-captioned action a Status Report. The Status Report was hand-delivered to the CSO for review for classified or protected information on July 14, 2008, prior to the 5:30PM deadline set in the Court's Order.

Dated: New Haven, CT
July 14, 2008

Respectfully submitted,

*Counsel for Petitioner*:

____/s/_____
RAMZI KASSEM
Allard K. Lowenstein International Human
   Rights Clinic
Yale Law School
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-0138
ramzi.kassem@yale.edu