IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
AHMED ZAID SALEM ZUHAIR, *et al.*         )
                                          )
            Petitioners,                  )
                                          )
      v.                                  )
                                          ) Civil Action No. 08-CV-0864 (EGS)
GEORGE W. BUSH,                           )
      President of the United States,     )
      *et al.*,                           )
                                          )
            Respondents                   )
_____)

**<u>NOTICE OF APPEARANCE</u>**

Please take notice of the appearance of the following counsel on behalf of respondents:

SCOTT M. MARCONDA
U.S. Department of Justice
Civil Division
Federal Programs Branch
Room 5130
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-305-0169
Email:  scott.marconda@usdoj.gov

Dated:  July 28, 2008              Respectfully Submitted,

                                   GREGORY G. KATSAS
                                   Assistant Attorney General

                                   JOHN C. O'QUINN
                                   Deputy Assistant Attorney General

/s/ *Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Tel:  (202) 305-0169 Fax: (202) 616-8470

Attorneys for Respondents