APPROVED FOR PUBLIC FILING BY THE CSO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO,<br><br>*Respondents*. | Civil Action No. 08-864 (EGS) |

## PETITIONER'S RESPONSE TO ORDER OF JULY 24, 2008

Pursuant to the Court's Order, Petitioner Ahmed Zaid Salem Zuhair submits the following responses to the Court's questions ahead of the July 29, 2008 status hearing.

**1.    Is this case in a posture for a merits resolution at this time?**

Mr. Zuhair's case is not presently in posture, but can be brought to resolution on its merits in short order.

**2.    If not, what are the impediments to a merits resolution at this time?**

The principal impediment to a merits resolution of Mr. Zuhair's petition is that the Government has yet to file a factual return in this case. Once Respondents file the return, Petitioner will be in a position to decide whether to traverse the allegations in the return and whether to seek limited discovery before proceeding to the merits phase.

A possible additional impediment to merits resolution of this case is Respondents' continued refusal to provide Petitioner with a copy of his own medical records. Respondents are denying Mr. Zuhair much needed medical treatment as punishment for his being the longest-running hunger striker held at Guantánamo. The prolonged and obstinate withholding of Mr.

Zuhair's medical information prevents an independent assessment of his health and proper treatment and jeopardizes his ability to participate meaningfully in his habeas proceedings.

**3.    For any impediment listed in response to question 2, what is necessary to remove those impediments and proceed to a merits resolution?**

The Court should issue an order, consistent with the requirements of 28 U.S.C. § 2243, directing Respondents to show cause why the writ should not be granted.  Respondents should file Mr. Zuhair's 2004 Combatant Status Review Tribunal (CSRT) Record as a presumptive factual return within three days of that order.  As detailed in Petitioner's Status Report of July 14, 2008, Respondents have already produced that CSRT Record in Mr. Zuhair's proceedings under the Detainee Treatment Act (DTA) in the Court of Appeals.  Virtually no effort on Respondents' part would be required to transpose that Record to this proceeding.  If the CSRT Record constitutes the extent of Respondents' return, Petitioner likely would not seek discovery.

Should the Government wish to amend the return by supplementing or modifying the CSRT record, it should seek leave of Court, attaching the proposed amended return, within twenty days of the Court's order to show cause.  Because Respondents have relied solely on the CSRT Record to justify Petitioner's detention for close to seven years, Petitioner reserves the right to oppose such a motion and, if the motion is granted, may require further discovery tailored to any new information introduced by the Government.  With the entry of a definitive return in this case, the parties will be in a position to identify, narrow down and brief any procedural and substantive issues that arise *in this case* and require the Court's attention ahead of the merits phase.  To further delay adjudication of this Petition pending resolution of purportedly common issues that may never arise in the case at hand—as Respondents will likely propose— would be unnecessary and, more importantly, not consonant with the Supreme Court's instruction in *Boumediene*.  This Court should also order the immediate production of

Petitioner's complete medical records, to forestall additional delay of a merits resolution.

**4.     What are your recommendations for a timely resolution of any impediments stated in answer to question 2?**

Petitioner recommends that the Court order the Government to immediately produce the CSRT record and set a schedule, consistent with the requirements of 28 U.S.C. § 2243, based on the timeframe below:

| Date | Item |
| --- | --- |
| Forthwith | Court issues order directing Respondents to show cause and to produce immediately Petitioner's complete medical records |
| Forthwith+3 Days | Government to file classified and unclassified CSRT record as presumptive return and produces medical records |
| Forthwith+20 Days | Government to file motion for leave to amend return, if any, along with proposed amended return |
| +14 Days | Petitioner's response to motion for leave to amend return due |
| +28 Days | Deadline for conference between counsel as to discovery issues |
| +35 Days | Motions to compel due |
| +49Days | Responses to motion to compel |
| +70 Days | Petitioner's traverse due |
| +84 Days | Pre-hearing briefs on all remaining issues, witness lists due |
| November __ , 2008 | Merits hearing |

Dated: July 28, 2008

Respectfully submitted,
____/s/_____
Ramzi Kassem
Michael J. Wishnie
*Supervising Attorneys*

Anand Balakrishnan
Madhuri Kumar
Darryl Li
*Law Student Interns*

Allard K. Lowenstein International Human Rights Clinic
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-0138
ramzi.kassem@yale.edu
*Counsel for Petitioner*

3

## CERTIFICATE OF SERVICE

     I hereby certify that on July 28, 2008, I caused a true and accurate copy of Petitioner's Response to Order of July 24, 2008 to be served upon the following counsel for Respondents via the Court's electronic filing system:

Andrew I. Warden, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530

                                _____/s/_____
                                RAMZI KASSEM
                                Allard K. Lowenstein International Human Rights
                                    Clinic
                                National Litigation Project
                                Yale Law School
                                127 Wall Street
                                New Haven, CT 06511
                                (203) 432-0138
                                ramzi.kassem@yale.edu