IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 08-CV-0864 (EGS) |
| GEORGE W. BUSH, *et al.* ) | |
| Respondents. ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

        ARLENE PIANKO GRONER
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        Room 5134
        20 Massachusetts Ave., N.W.
        Washington, D.C.  20530
        202-305-8979

Dated:  August 1, 2008        Respectfully Submitted,

        GREGORY G. KATSAS
        Assistant Attorney General

        DOUGLAS N. LETTER
        Terrorism Litigation Counsel

    /s/ Arlene Pianko Groner
JOHN H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY HENRY
ANDREW I. WARDEN
ARLENE PIANKO GRONER (D.C. Bar No. 271361)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Rm. 5134
Washington, D.C.  20530
Tel:  (202) 305-8979 Fax: (202) 616-8470

Attorneys for Respondents