APPROVED FOR PUBLIC FILING BY THE CSO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR, <br><br> *Petitioner*, <br><br> v. <br><br> GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO, <br><br> *Respondents*. | Civil Action No. 08-864 (EGS) |

## MOTION TO COMPEL RESPONDENTS TO PERMIT HUMANITARIAN TELEPHONE CALL TO FAMILY

Petitioner Ahmed Zaid Zuhair respectfully moves this Court to compel Respondents to permit him to make a telephone call to his family in Saudi Arabia and to make all arrangements necessary to that end. Mr. Zuhair has not been permitted to speak to his family since first arriving at Guantánamo over six years ago. Mr. Zuhair's father passed away recently without ever hearing from his son since his abduction in Pakistan in 2001, and Mr. Zuhair should be permitted to speak to his family on this tragic occasion.

Section VIII(A) of the Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba[1] states that phone calls to individuals other than counsel are available in "special circumstances." Such requests must be submitted to the Commander, Joint Task Force – Guantánamo (JTF-GTMO). *Id.* The tragic passing of Mr. Zuhair's father is undoubtedly a special, humanitarian circumstance requiring immediate communication between

---

[1] The Procedures for Counsel Access are attached to the Amended Protective Order first entered by Judge Green, *In re Guantánamo Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004). The Amended Protective Order was entered in this case by Judge Sullivan on June 25, 2008. *See*, Minute Order Granting Motion for Protective Order, *Zuhair v. Bush*, 08-CV-864 (D.D.C. June 25, 2008).

Mr. Zuhair and his family. In recent months, detainees at Guantánamo have been permitted telephone calls to families outside of such special circumstances, arranged through the International Committee of the Red Cross (ICRC).

Mr. Zuhair has already requested a humanitarian telephone call to his family on three occasions following his father's death. On April 16, 2008, Mr. Zuhair requested a humanitarian telephone call from JTF-GTMO through its attorneys at the Department of Justice (DoJ), within the framework of the protective order applicable to Mr. Zuhair's DTA Proceedings. DoJ confirmed that the request was being processed, without more detail. *See* Email Correspondence with Attorney Lowell Sturgill, Department of Justice, attached as Ex. 1. On May 7, 2008, Mr. Zuhair, through counsel who was at Guantánamo, submitted a written request directly to JTF-GTMO, receipt of which was acknowledged, without more detail. *See* JTF-GTMO Habeas Attorney Request Form for Client Ahmed Zaid and Answer Form, attached as Ex. 2. On August 7, 2008, Petitioner reiterated his request to counsel representing Respondents in the proceedings before this Court. Petitioner has yet to receive confirmation of a date for this humanitarian call or a substantive response to any of these requests.

Because his multiple requests to Respondents have proved unavailing, Mr. Zuhair has no choice at this time but to move the Court to obtain what limited, humanitarian telephonic access to family is allowed under the Protective Order, so that he may mourn his father's passing with family.

Dated: August 12, 2008

                                              Respectfully submitted,

                                              _____/s/_____
                                              Ramzi Kassem
                                              Michael J. Wishnie
                                              *Supervising Attorneys*

Anand Balakrishnan
Madhuri Kumar
Darryl Li
*Law Student Interns*

Allard K. Lowenstein International Human Rights Clinic
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-0138
ramzi.kassem@yale.edu
*Counsel for Petitioner*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR, *Petitioner*, v. GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO, *Respondents*. | Civil Action No. 08-864 (EGS) |

**[PROPOSED] ORDER TO COMPEL RESPONDENTS TO PERMIT HUMANITARIAN TELEPHONE CALL TO FAMILY**

      **IT IS HEREBY ORDERED THAT** Respondents shall immediately permit Petitioner a humanitarian telephone call to his family in Saudi Arabia because of his father's passing and shall make all necessary arrangements to that end.

Date: _____ , 2008

_____
EMMET G. SULLIVAN
United States District Judge

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2008, I caused a true and accurate copy of Petitioner's Motion to Compel Respondents to Permit Humanitarian Telephone Call to Family to be served upon the following counsel for Respondents by electronic filing via the Court's ECF system:

Arlene Groner, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530

        \_\_\_\_\_/s/_____
        MADHURI KUMAR
        Allard K. Lowenstein International Human Rights
          Clinic
        National Litigation Project
        Yale Law School
        127 Wall Street
        New Haven, CT 06511
        (203) 432-0138

# Exhibit 1

From: anand.balakrishnan@gmail.com [mailto:anand.balakrishnan@gmail.com] On Behalf Of Anand Balakrishnan Sent: Wednesday, April 16, 2008 3:54 PM To: Sturgill, Lowell (CIV) Cc: Kassem, Ramzi; jessica.chen@yale.edu; Darryl Li Subject: Ahmed Zaid, ISN 669

Dear Attorney Sturgill,

As you know, on March 12, 2008, the AP reported that the military has adopted a new policy permitting prisoners at Guantanamo to make telephone calls to their families. In light of urgent family concerns requiring immediate communication between our client Ahmed Zaid and his family, we'd like to work with the government to set up such a call as soon as possible. We are happy to assist the government with logistics and would underwrite any calls our client made to family members. Please let us know how to proceed in this matter.

Thanks in advance,

Anand Balakrishnan
Ramzi Kassem


On Wed, Apr 16, 2008 at 4:22 PM, Sturgill, Lowell (CIV) <Lowell.Sturgill@usdoj.gov> wrote: I'll get back to you on this.

I just learned that the counsel-ready classified record and audio CD have been sent to the CSO for delivery to the secure facility. So I would expect them to arrive there tomorrow, though it might be prudent to check before somebody from out of town comes down here to review it, I guess. I suppose one could check with the CSO on that, but I don't really know. I can check around on that if you like.


From: anand.balakrishnan@gmail.com [mailto:anand.balakrishnan@gmail.com] On Behalf Of Anand Balakrishnan Sent: Wednesday, April 16, 2008 6:35 PM To: Sturgill, Lowell (CIV) Cc: Kassem, Ramzi; jessica.chen@yale.edu; Darryl Li Subject: Re: Ahmed Zaid, ISN 669

Please do confirm with the CSO and let us know once the materials are at the facility. Much appreciated! Also, when and how are you forwarding us the unclassified materials we previously agreed on? (specifically, records stamped 00032, 00033, 00034, and 00035 and the unclassified version of the CD). You can fax these records to us at (203) 432-1221, attn: Ramzi Kassem, or courier them to the usual address.


From: anand.balakrishnan@gmail.com [mailto:anand.balakrishnan@gmail.com] On Behalf Of Anand Balakrishnan Sent: Monday, April 21, 2008 6:26 PM To: Sturgill, Lowell (CIV) Cc: Kassem, Ramzi; jessica.chen@yale.edu; Darryl Li Subject: Re: Ahmed Zaid, ISN 669

Thanks for checking with CSO. Could you let us know when you can forward us the

2

unclassified materials we previously agreed on? These materials include records stamped 00032, 00033, 00034, and 00035 and the unclassified version of the CD.

On Fri, Apr 18, 2008 at 12:46 PM, Sturgill, Lowell (CIV) <Lowell.Sturgill@usdoj.gov> wrote:

The materials have arrived.

From: Sturgill, Lowell (CIV) [mailto:Lowell.Sturgill@usdoj.gov] Sent: Tuesday, April 22, 2008 12:31 PM To: Anand Balakrishnan Cc: Kassem, Ramzi; jessica.chen@yale.edu; Darryl Li Subject: RE: Ahmed Zaid, ISN 669

I just learned that I am authorized to send you the unclassified pages specified and the unclassified CD. I'll try to get those out in the next day or so, and will send it by Fed Ex overnight when I can get it all assembled with an appropriate cover letter.

Regarding the telephone call request: I am told that we will pass this request along to appropriate people at DoD, and that it might be useful if you could be more specific about the nature of the "urgent family concerns" that require immediate communication between Mr. Zaid and his family before we send along the request. You might want to prepare a short letter that we could forward to DoD, but we can also forward an e-mail of course, its up to you.

From: Kassem, Ramzi [mailto:ramzi.kassem@yale.edu] Sent: Friday, May 23, 2008 8:27 PM To: Sturgill, Lowell (CIV); Anand Balakrishnan Cc: jessica.chen@yale.edu; Darryl Li Subject: RE: Ahmed Zaid, ISN 669

Certainly, Lowell. Mr. Zaid's father has passed away. Given this tragic event, kindly ask your client to permit our client to call his brother in Saudi Arabia.

We submitted a habeas request form to this end directly to JTF-GTMO while at the base and have not received a response. Kindly forward this email to the appropriate recipients and let us know whether our request is approved.

As always, many thanks for your assistance.

Ramzi Kassem

From: Sturgill, Lowell (CIV) [mailto:Lowell.Sturgill@usdoj.gov] Sent: Monday, May 26, 2008 1:26 PM To: Kassem, Ramzi Subject: RE: Ahmed Zaid, ISN 669

Will do.

3

# Exhibit 2

**JTF-GTMO Habeas Attorney Request Form**

Date: 7 MAY 2008
From: RAMZI KASSEM
To: LTC REILLY / JTF-GTMO-SJA
Subject: EMERGENCY FAMILY CALL FOR CLIENT AHMED ZAID (ISN 669)

Understanding that I have not previously made this request, I request the following assistance from Joint Task Force Guantanamo Bay:

DEAR LTC REILLY,

MY CLIENT AHMED ZAID'S FATHER IN SAUDI ARABIA HAS PASSED AWAY. THIS IS TO ASK THAT HE BE ALLOWED TO CALL HIS BROTHER IN SAUDI ARABIA BECAUSE OF THESE TRAGIC SPECIAL CIRCUMSTANCES. KINDLY PROVIDE ME WITH A WRITTEN RESPONSE TO THIS REQUEST AND THANK YOU FOR UNDERSTANDING THE URGENCY OF THIS REQUEST.

RAMZI KASSEM

I understand that arrangements made as a result of this request are subject to cancellation or change without notice.

RAMZI KASSEM / 05/07/08
Requestor          Date

_____ / _____
JTF-GTMO Witness    Date

GTMO L-FORM 2 (AUG 06)

**JTF-GTMO Habeas Attorney Answer Form**

Date: 7 May 08                                    Time: 0947

From: LTC Philip M. Reilly

To: Ramzi Kassem

Subject: Request for Humanitarian Phone Call for ISN 669

---

We have received your request for a humanitarian phone call for ISN 669. Appropriate action is being taken.

Thank you.

Delivered to above named attorney at TIME on DATE
GTMO L-FORM 3 (AUG 06)
The information contained herein is subject to the non-disclosure provision of the Protective Order