IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMED ZAID SALEM ZUHAIR, et al., | ) ) ) | |
| Petitioners, | ) ) | Civ. No. 08-0864 (EGS) |
| v. | ) ) | |
| GEORGE W. BUSH, et al., | ) ) | |
| Respondents. | ) ) ) | |

**NOTICE OF APPEARANCE**

  Undersigned counsel, Paul A. Dean, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as one of the counsel for respondents in the above-captioned case.

Dated: August 12, 2008								Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


  /s/ *Paul A. Dean*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL A. DEAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-1280

Attorneys for Respondents