**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AYMEN SAEED BATARFI, et al. | ) | |
|     Petitioners, | ) | |
| v. | ) | Civil Action No. 05-cv-0409 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| | ) | |
| BENJAMIN MOHAMMED AL HABASHI, et al. | ) | |
|     Petitioners, | ) | |
| v. | ) | Civil Action No. 05-cv-0765 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| | ) | |
| ABDUL WAHAB, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0886 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| | ) | |
| LABED AHMED, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-1234 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| | ) | |
| GHASSAN ABDULLAH AL SHARBI, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-2348 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| | ) | |
| RAMZI BIN AL-SHIBH, et al. | ) | |
|     Petitioners, | ) | |
| v. | ) | Civil Action No. 06-cv-1725 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| | ) | |
| AHMED ZAID SALEM ZUHAIR, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 08-cv-0864 (EGS) |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |

|  |  |
|---|---|
| SHARIFULLAH, et al.<br>      Petitioners,<br>v.<br>GEORGE W. BUSH, et al.<br>      Respondents | )<br>)<br>)<br>)  Civil Action No. 08-cv-1222 (EGS)<br>)<br>)<br>) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Respondents hereby move the Court for leave to file Government's Brief Regarding Preliminary and Procedural Framework Issues in excess of the forty-five-page limit provided by Local Civil Rule 7(e).

Respondents' brief is 48 pages long, that is, three pages over the forty-five page limit. Respondents required additional pages to adequately address the issues enumerated in the Court's July 31, 2008 Order requiring the parties to submit briefs addressing the procedural framework for habeas corpus proceedings in this matter.

Respondents attempted to confer with counsel for petitioners by e-mail prior to filing this motion. Counsel for petitioners in *Batarfi v. Bush*, No. 05-cv-409; *Ahmed v. Bush*, No. 05-cv-1234; *Al-Shibh v. Bush*, No. 06-cv-1725; and *Sharifullah v. Bush*, No. 08-cv-1222, indicated that they do not oppose this motion. Counsel for petitioners in *Zuhair v. Bush*, No. 08-cv-0864, indicated that they do not oppose this motion provided that respondents would not oppose a motion for leave to file the same number of excess pages with their response. Respondents would not oppose such a motion. Respondents were unable to reach petitioners in the remaining above-captioned cases prior to the filing of this motion. A proposed order is attached.

Dated: August 12, 2008                        Respectfully submitted,
                                                         GREGORY G. KATSAS
                                                         Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


  /s/ James C. Luh
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
AUGUST E. FLENTJE
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-1278
Fax:  (202) 514-7964
Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMEN SAEED BATARFI, et al. )<br>    Petitioners, )<br>v. )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-0409 (EGS) |
| BENJAMIN MOHAMMED AL )<br>  HABASHI, et al. )<br>    Petitioners, )<br>v. )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-0765 (EGS) |
| ABDUL WAHAB, )<br>    Petitioner, )<br>v. )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-0886 (EGS) |
| LABED AHMED, )<br>    Petitioner, )<br>v. )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-1234 (EGS) |
| GHASSAN ABDULLAH AL SHARBI, )<br>    Petitioner, )<br>v. )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 05-cv-2348 (EGS) |
| RAMZI BIN AL-SHIBH, et al. )<br>    Petitioners, )<br>v. )<br>GEORGE W. BUSH, et al. )<br>    Respondents )<br>_____ ) | Civil Action No. 06-cv-1725 (EGS) |
| AHMED ZAID SALEM ZUHAIR, )<br>    Petitioner, )<br>v. )<br>GEORGE W. BUSH, et al. )<br>    Respondents ) | Civil Action No. 08-cv-0864 (EGS) |

|  |  |
|---|---|
| SHARIFULLAH, et al. )<br>    Petitioners, )<br>  v. )<br>GEORGE W. BUSH, et al. )<br>    Respondents )  | Civil Action No. 08-cv-1222 (EGS) |

**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Government's Motion for Leave to File Excess Pages is hereby GRANTED. Respondents are hereby granted an additional three pages, for a total of 48 pages, for Government's Brief Regarding Preliminary and Procedural Framework Issues, and that document is deemed filed as of August 12, 2008.

Dated:

                                      EMMET G. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE