## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, ROBERT GATES,<br>REAR ADM. MARK H. BUZBY, and<br>ARMY COL. BRUCE VARGO,<br><br>    *Respondents*. | Civil Action No. 08-864 (EGS) |

## **NOTICE OF CORRECTION**

(1)	Petitioner Ahmed Zaid Salem Zuhair submits this notice to correct an omission in the Motion to Compel Production of Complete Medical Records and for Order Permitting Independent Medical Examination, filed via ECF on Tuesday, August 12, 2008, docketed at Dkt. 37.

(2)	Petitioner neglected to include a caption indicating that the Motion was approved for public filing by the Court Security Officer ("CSO").

(3)	Pursuant to an email exchange between Ramzi Kassem, attorney for Petitioner, and Andrew I. Warden, attorney for Respondents, the Motion to Compel Production of Complete Medical Records and for order Permitting Independent Medical Examination has been approved for public filing by the CSO, because it does not include protected or classified information.

Dated: New Haven, CT
      August 13, 2008

                          Respectfully submitted,

                          Counsel for Petitioner:

                          _____/s/_____
                          MICHAEL J. WISHNIE
                          Ramzi Kassem
                          *Supervising Attorneys*

                          Anand Balakrishnan
                          Darryl Li
                          Madhuri Kumar
                          *Law Student Interns*

                          Allard K. Lowenstein International Human Rights
                              Clinic
                          National Litigation Project
                          Yale Law School
                          127 Wall Street
                          New Haven, CT 06511
                          (203) 436-4780
                          michael.wishnie@yale.edu

## CERTIFICATE OF SERVICE

  I hereby certify that on August 13, 2008, I caused a true and accurate copy of Petitioner's Notice of Correction to be served upon the following counsel for Respondents by electronic filing via the Court's ECF system.

Arlene Groner, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530

          _____/s/_____
          Madhuri Kumar
          Allard K. Lowenstein International Human Rights
           Clinic
          National Litigation Project
          Yale Law School
          127 Wall Street
          New Haven, CT 06511
          (203) 436-4780
          michael.wishnie@yale.edu