APPROVED FOR PUBLIC FILING BY THE CSO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, ROBERT GATES, REAR ADM. DAVID M. THOMAS, and ARMY COL. BRUCE VARGO,<br><br>    *Respondents*. | Civil Action No. 08-864 (EGS) |

## PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Petitioner hereby moves the Court for leave to file Petitioner's Response to Government's Brief Regarding Preliminary and Procedural Framework Issues in excess of the forty-five-page limit set by Local Civil Rule 7(e).

Petitioner's brief is 48 pages long, three pages over the forty-five page limit. Petitioner required additional pages to adequately address the issues enumerated in the Court's July 31, 2008 Order requiring the parties to submit briefs addressing the procedural framework for habeas corpus proceedings in this matter.

As indicated in Respondents' Motion for Leave to File Excess Pages, filed on August 12, 2008, Respondents do not oppose this Motion. A proposed order is attached.

Dated:    August 22, 2008

                                                Respectfully submitted,

                                                ____/s/_____
                                                Ramzi Kassem
                                                Michael J. Wishnie

*Supervising Attorneys*

Anand Balakrishnan
Madhuri Kumar
Darryl Li
*Law Student Interns*

Allard K. Lowenstein International Human
    Rights Clinic
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-0138
ramzi.kassem@yale.edu
*Counsel for Petitioner*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br> *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, ROBERT GATES, REAR ADM. DAVID M. THOMAS, and ARMY COL. BRUCE VARGO,<br><br> *Respondents*. | Civil Action No. 08-864 (EGS) |

## ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Petitioner's Motion for Leave to File Excess Pages is hereby GRANTED. Petitioner is permitted an additional 3 pages, for a total of 48 pages, for Petitioner's Response to Government's Brief Regarding Preliminary and Procedural Framework Issues, and that document is deemed filed as of August 22, 2008.

Dated:

                  _____
                  EMMET G. SULLIVAN
                  United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, I caused a true and accurate copy of Petitioner's Response to Respondent's motion to amend the protective order with respect to filing of documents before this court to be served upon the following counsel for Respondents by electronic filing via the Court's ECF system:

Arlene Groner, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530

                _____/s/_____
                MADHURI KUMAR
                Allard K. Lowenstein International Human
                    Rights Clinic
                National Litigation Project
                Yale Law School
                127 Wall Street
                New Haven, CT 06511
                (203) 432-0138