APPROVED FOR PUBLIC FILING BY THE CSO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO,<br><br>    *Respondents*. | Civil Action No. 08-864 (EGS) |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PETITIONER'S MOTION TO COMPEL RESPONDENTS TO PERMIT HUMANITARIAN TELEPHONE CALL TO FAMILY

Petitioner Ahmed Zaid Salem Zuhair hereby withdraws without prejudice his Motion to Compel Respondents to Permit Humanitarian Telephone Call to Family (Docket No. 31) in light of counsel for Respondents' representation that Mr. Zuhair was permitted to speak to his brother, sister, and three daughters by telephone on Thursday, August 21, 2008.

Dated: August 22, 2008

        Respectfully submitted,
        ____/s/_____
        Ramzi Kassem
        Michael J. Wishnie
        *Supervising Attorneys*

        Anand Balakrishnan, Madhuri Kumar, Darryl Li
        *Law Student Interns*

        Allard K. Lowenstein International Human Rights Clinic
        National Litigation Project
        Yale Law School
        127 Wall Street, New Haven, CT 06511
        (203) 432-0138
        ramzi.kassem@yale.edu
        *Counsel for Petitioner*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, I caused a true and accurate copy of Petitioner's Notice of Withdrawal Without Prejudice of Petitioner's Motion to Compel Respondents to Permit Humanitarian Telephone Call to Family to be served upon the following counsel for Respondents by electronic filing via the Court's ECF system:

Arlene Groner, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530

                                                \_\_\_\_\_/s/_____
                                                MADHURI KUMAR
                                                Allard K. Lowenstein International
                                                Human Rights Clinic
                                                National Litigation Project
                                                Yale Law School
                                                127 Wall Street
                                                New Haven, CT 0651