APPROVED FOR PUBLIC FILING BY THE CSO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO,<br><br>    *Respondents*. | Civil Action No. 08-864 (EGS) |

## PETITIONER'S RESPONSE TO RESPONDENTS' MOTION TO AMEND THE PROTECTIVE ORDER WITH RESPECT TO FILING OF DOCUMENTS BEFORE THIS COURT

Petitioner does not oppose the modification of the Protective Order in this case as outlined in Paragraphs 1-4 of the "Procedures for Filing Documents," attached as Exhibit 1 to Respondents' Motion to Amend the Protective Order with Respect to Filing of Documents Before this Court.

However, Petitioner expresses reservations regarding the proposal advanced in Paragraph 5 of the Procedures, which states in pertinent part:

> In the event respondents believe that a party has disclosed classified or protected information on the public docket, respondents shall notify the Court Security Officer, who shall work with the Clerk's Office to remove the filing from the public docket. A copy of the filing shall then be lodged with the Court Security Officer and treated according to section 2.B or 2.C of this order.

This language grants Respondents the unilateral power to remove any filing from the Court's public docket when Respondents believe that filing contains protected or classified Information. Should Respondents employ this power, the documents will be removed from the public docket and returned to the Court Security Office ("CSO") for

review.

Petitioner proposes a slight modification to this part of the Government's proposal. Should Respondents decide to pull a document off the public docket pursuant to their proposed Paragraph 5, they should be required to make a prompt showing, within 24 hours, to the Court and Petitioner's counsel, that the document at issue contained information that was classified or that had been properly designated by the Court as protected information prior to the document's filing, pursuant to the November 10, 2004 Order Addressing Designation Procedures for "Protected Information," entered by the Court in this case on June 25, 2008.[1]

The Protective Order governing this case presumes that Petitioner's Counsel is competent to handle protected and classified information. Respondents' proposal, if not employed responsibly, may lead to delay in the progress of the case as documents move from the public docket to the CSO and back. Time is of the essence in this habeas case; as the Supreme Court has stated, and this Court noted, "detainees in these cases are entitled to a prompt habeas hearing." *See* Order of July 31, 2008 at 4 (*citing Boumediene v. Bush*, 182 S. Ct. 2229, 2275 (June 12, 2008)).

Should the Court see fit to amend the filing procedures along the lines proposed by Respondents, Petitioner urges the Court to remain attentive to Respondents' use of its power, and reserves the right to raise a later challenge to the procedures, as per the Protective Order.

---

[1] That Order requires Respondents' counsel to submit any information it would like the Court to deem protected to Petitioner's counsel first in an attempt to reach agreement on its status. In the absence of such agreement, Respondents' counsel must promptly move the Court to designate the information as protected. Indeed, once the information is disclosed to Petitioner's counsel and an attempt is made to reach agreement, it is to be treated as protected until the Court determines whether it ought to be protected.

Dated: August 22, 2008

                                    Respectfully submitted,

                                    ____/s/_____
                                    Ramzi Kassem
                                    Michael J. Wishnie
                                    *Supervising Attorneys*

                                    Anand Balakrishnan
                                    Madhuri Kumar
                                    Darryl Li
                                    *Law Student Interns*

                                    Allard K. Lowenstein International Human
                                         Rights Clinic
                                    National Litigation Project
                                    Yale Law School
                                    127 Wall Street
                                    New Haven, CT 06511
                                    (203) 432-0138
                                    ramzi.kassem@yale.edu
                                    *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2008, I caused a true and accurate copy of Petitioner's Response to Respondent's Motion to Amend the Protective Order with Respect to Filing of Documents Before this Court to be served upon the following counsel for Respondents by electronic filing and via the Court Security Officer:

Arlene Groner, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530


                              _____/s/_____
                              MADHURI KUMAR
                              Allard K. Lowenstein International Human
                                  Rights Clinic
                              National Litigation Project
                              Yale Law School
                              127 Wall Street
                              New Haven, CT 06511
                              (203) 432-0138