APPROVED FOR PUBLIC FILING BY THE CSO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br><br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, ROBERT GATES, REAR ADM. MARK H. BUZBY, and ARMY COL. BRUCE VARGO,<br><br>    *Respondents*. | Civil Action No. 08-864 (EGS) |

## PETITIONER'S RESPONSE TO RESPONDENTS' MOTION FOR EVIDENCE THAT PETITIONER DIRECTLY AUTHORIZED THIS ACTION

Without conceding the merits of the arguments presented in Respondents' Motion and the necessity of a signed authorization by Petitioner in lieu of a representation by counsel to the same effect, Petitioner's counsel present the Court with a signed authorization from Mr. Zuhair, attached as Exhibit 1.

Dated: August 22, 2008

                                                      Respectfully submitted,

                                                      ____/s/_____
                                                      Ramzi Kassem
                                                      Michael J. Wishnie
                                                      *Supervising Attorneys*

                                                      Anand Balakrishnan
                                                      Madhuri Kumar
                                                      Darryl Li
                                                      *Law Student Interns*

Allard K. Lowenstein International Human
   Rights Clinic
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-0138
ramzi.kassem@yale.edu
*Counsel for Petitioner*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, I caused a true and accurate copy of Petitioner's Response to Respondent's motion to amend the protective order with respect to filing of documents before this court to be served upon the following counsel for Respondents by electronic filing via the Court's ECF system:

Arlene Groner, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530


                                  _____/s/_____
                                  MADHURI KUMAR
                                  Allard K. Lowenstein International Human
                                      Rights Clinic
                                  National Litigation Project
                                  Yale Law School
                                  127 Wall Street
                                  New Haven, CT 06511
                                  (203) 432-0138

# Exhibit 1

Case 1:08-cv-00864-EGS    Document 48-2    Filed 08/22/2008    Page 1 of 5

<div dir="rtl">

## إفادة

1. طلبتُ من علي محمد ناصر محمد، وهو شاب مُعتقَل في غوانتانَمو ومُعرَّف بالرقم 172، ومُرتَضى علي مقرم، وهو شاب مُعتقَل في غوانتانَمو ومُعرَّف بالرقم 187، أن يَتصلا بمحامٍ لأجلي.

2. أفوِّض المحامي رمزي قاسم لتمثيلي. يَشمل هذا التفويض تَقديم دَعوى للمراجَعة في ظلّ <u>قانون مُعامَلة المعتقَلين</u>.

3. أنا مُدرك أنّ هذا التفويض يُخوِّل المحامي زيارتي في غوانتانَمو والاطلاع على السجلات المتعلّقة بي والموجودة حالياً في عُهدة حُكومة الولايات المتحدة.

التوقيع: _____

الاسم: احمد زيد صالح الباشا (ISN 669)

التاريخ: 16-8-2007

</div>

WITNESS
_[signature]_
RAMZI KASSEM
16 AUG. 2007

UNCLASSIFIED

LEGAL MAIL FOR HAND DELIVERY TO CLIENT BY COUNSEL

CLEARED BY JTF-GTMO/
SJA ON THIS DATE: 13 AUG 07

(translation of Arabic without signatures)

UNCLASSIFIED

**Statement**

1. I asked Ali Mohammed Nasser Mohammed, a young man detained at Guantanamo and assigned number 172, and Murtada Ali Maqram, a young man detained at Guantanamo and assigned number 187, to contact an attorney for me.

2. I authorize that attorney, Ramzi Kassem, to represent me. This authorization extends to the filing on my behalf of a petition for review under the Detainee Treatment Act.

3. I understand that this authorization allows the attorney to visit me at Guantanamo and to gain access to records concerning me that are presently in the custody of the United States government.

UNCLASSIFIED

Signature: _____

Name: _____

Date: _____

LEGAL MAIL FOR HAND DELIVERY TO CLIENT BY COUNSEL

CLEARED BY JTF-GTMO/
SJA ON THIS DATE: 13 AUG 07