IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMED ZAID SALEM ZUHAIR,<br>　　　　Petitioner,<br><br>　v.<br><br>GEORGE W. BUSH, *et al.*<br><br>　　　　Respondents | )<br>)<br>)<br>)<br>)<br>) Civil No. 08-CV-0864 (EGS)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT ERRATUM**

　　In the Status Report filed earlier today, Respondents informed the Court of a number of changes made by the Department of Defense in connection with counsel access to detainees at Guantanamo Bay. One of the reported changes read as follows: "Following the on-island review, counsel notes determined to be classified by the Privilege Team member can then be secure faxed to the habeas counsel work facility so that counsel can have immediate access to them upon their arrival at the facility." The undersigned have learned since the filing of the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Status Report that although this issue is being evaluated, such a change has not yet been implemented.

Dated: September 2, 2008            Respectfully submitted,

            GREGORY KATSAS
            Assistant Attorney General
            DOUGLAS N. LETTER
            Terrorism Litigation Counsel

            */s/ James E. Cox, Jr.* _____
            JOSEPH H. HUNT (D.C. Bar No. 431134)
            VINCENT M. GARVEY (D.C. Bar No. 127191)
            JUDRY L. SUBAR (D.C. Bar No. 347518)
            TERRY M. HENRY
            ANDREW I. WARDEN
            SCOTT M. MARCONDA
            JAMES E. COX, JR.
            Attorneys
            United States Department of Justice
            Civil Division, Federal Programs Branch
            P.O. Box 883
            Washington, DC  20044
            Tel:  (202) 514-3969

            Attorneys for Respondents