IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED ZAID SALEM ZUHAIR,

      Petitioner,

v.

GEORGE BUSH, et al.,

      Respondents.

Civil Action No. 08-864 (EGS)

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondents:

    SEAN W. O'DONNELL
    U.S. Department of Justice
    Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Room 7338
    Washington, D.C.  20530
    Telephone: 202-305-4880
    Email: sean.o'donnell@usdoj.gov

Dated: September 3, 2008    Respectfully submitted,

    GREGORY G. KATSAS
    Assistant Attorney General

    JOHN C. O'QUINN
    Deputy Assistant Attorney General


      s/ Sean W. O'Donnell
    JOSEPH H. HUNT (D.C. Bar No. 431134)
    VINCENT M. GARVEY (D.C. Bar No. 127191)
    JUDRY L. SUBAR
    TERRY M. HENRY
    ANDREW I. WARDEN

SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 305-4880
Fax: (202) 616-8470

Attorneys for Respondents