IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AYMEN SAEED BATARFI, et al. | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0409 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| ──────────────────── | ) | |
| BENJAMIN MOHAMMED AL | ) | |
|  HABASHI, et al. | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0765 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| ──────────────────── | ) | |
| ABDUL WAHAB, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0886 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| ──────────────────── | ) | |
| LABED AHMED, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-1234 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| ──────────────────── | ) | |
| GHASSAN ABDULLAH AL SHARBI, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-2348 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| ──────────────────── | ) | |
| RAMZI BIN AL-SHIBH, et al. | ) | |
|     Petitioners, | ) | |

```
                                          )
         v.                               )    Civil Action No. 06-cv-1725 (EGS)
                                          )
GEORGE W. BUSH, et al.                    )
         Respondents                      )
_____)
AHMED ZAID SALEM ZUHAIR,                  )
         Petitioner,                      )
                                          )
         v.                               )    Civil Action No. 08-cv-0864 (EGS)
                                          )
GEORGE W. BUSH, et al.                    )
         Respondents                      )
_____)
SHARIFULLAH, et al.                       )
         Petitioners,                     )
                                          )
         v.                               )    Civil Action No. 08-cv-1222 (EGS)
                                          )
GEORGE W. BUSH, et al.                    )
         Respondents                      )
_____)
```

**Motion for Leave to Exceed the Page Limits**

The respondents an the above captioned cases hereby move for an order granting leave to file a reply brief of not more than 30 pages in support of respondent's brief regarding preliminary and procedural framework issues. Counsel for the respondents has asked counsel for the petitioners if they object to the relief sought in this motion. At the time of filing, counsel in six of the captioned cases have indicated that they do not object (*Batarfi v. Bush*, No. 05-409, *Wahab v. Bush*, No. 05-886, *Ahmed v. Bush*, No. 05-1234, *Al-Shibh v. Bush*, No. 06-1725, *Zuhair v. Bush*, No. 08-864, and *Sharifullah v. Bush*, No. 08-1222). Counsel in the remaining two captioned matters have not yet responded to the request.

Petitioners have each filed response briefs, as they are entitled. In total, that responsive

briefing runs to over 250 pages. The government is filing a single reply brief, and believes the additional five pages are necessary to respond to the arguments raised by the various briefs filed by petitioners.


Dated: September 4, 2008					Respectfully submitted,

								GREGORY G. KATSAS
								Assistant Attorney General

								JOHN C. O'QUINN
								Deputy Assistant Attorney General



								   /s/ August E. Flentje
								JOSEPH H. HUNT (D.C. Bar No. 431134)
								VINCENT M. GARVEY (D.C. Bar No. 127191)
								JUDRY L. SUBAR (D.C. Bar No. 347518)
								TERRY M. HENRY
								AUGUST E. FLENTJE
								Attorneys
								United States Department of Justice
								Civil Division, Federal Programs Branch
								20 Massachusetts Ave., N.W.
								Washington, DC  20530
								Tel:  (202) 514-1278
								Fax:  (202) 514-7964
								Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AYMEN SAEED BATARFI, et al. | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0409 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| BENJAMIN MOHAMMED AL | ) | |
|   HABASHI, et al. | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0765 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| ABDUL WAHAB, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0886 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| LABED AHMED, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-1234 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| GHASSAN ABDULLAH AL SHARBI, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-2348 (EGS) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
|     Respondents | ) | |
| _____ | ) | |
| RAMZI BIN AL-SHIBH, et al. | ) | |
|     Petitioners, | ) | |

|                                    |   |                                    |
|------------------------------------|---|------------------------------------|
| v.                                 | ) | Civil Action No. 06-cv-1725 (EGS)  |
| GEORGE W. BUSH, et al.<br>Respondents | ) |                                    |
| AHMED ZAID SALEM ZUHAIR,<br>Petitioner, | ) |                                |
| v.                                 | ) | Civil Action No. 08-cv-0864 (EGS)  |
| GEORGE W. BUSH, et al.<br>Respondents | ) |                                    |
| SHARIFULLAH, et al.<br>Petitioners, | ) |                                    |
| v.                                 | ) | Civil Action No. 08-cv-1222 (EGS)  |
| GEORGE W. BUSH, et al.<br>Respondents | ) |                                    |

Upon respondents motion for leave to exceed the page limitation, it is hereby ordered as follows:

1. Respondents' aforesaid motion is hereby granted.

2. Respondents are hereby granted leave to file a reply brief of not more than 30 pages in support of their brief regarding preliminary and procedural framework issues.

Date: _____     _____
                                  UNITED STATES DISTRICT JUDGE