**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                )
AHMED ZAID SALEM ZUHAIR,        )
                                )
                                )
            Petitioner,         )
                                )
                                )   Civ. No. 08-0864 (EGS)
       v.                       )
                                )
GEORGE W. BUSH, et al.,         )
                                )
            Respondents.        )
_____ )
```

### AMENDED ORDER

Pursuant to the Court's Order of December 22, 2008 and Federal Rule of Evidence 706, and for the reasons stated in the hearings held in open court on December 18, 2008 and January 15, 2009, it is hereby

**ORDERED** that Dr. Emily A. Keram is appointed as the Court's independent medical expert and shall perform a comprehensive medical and psychiatric evaluation of Petitioner Ahmed Zaid Salem Zuhair and transmit to the Court a report and any recommendations regarding Petitioner's health status. The report shall not be filed on the public docket, however, the Court will provide copies to counsel for the parties. It is further

**ORDERED** that Professor Charles Schmitz is appointed as the Court's independent translator to assist Dr. Keram as appropriate. It is further

**ORDERED** that Dr. Keram and Professor Schmitz shall forthwith be provided transportation to Guantanamo Bay, Cuba and access to the Petitioner at the Guantanamo Bay, Cuba detention facility. It is further

**ORDERED** that Dr. Keram be given access to (1) all medical records pertaining to the Petitioner, including results of any laboratory and imaging tests conducted; (2) all records, medical or otherwise, pertaining to Petitioner's enteral feedings; and (3) the Detainee Information Management System records pertaining to the Petitioner.  It is further

**ORDERED** that Dr. Keram be permitted identify, to speak with and interview personnel with information regarding Petitioner's medical and mental health, any medical and/or mental health treatment he may be receiving or have received, and his enteral feedings.  It is further

**ORDERED** that Dr. Keram be permitted to speak with medical personnel regarding the enteral feeding process.  It is further

**ORDERED** that Dr. Keram be permitted to observe the Petitioner during his enteral feeding.

**SO ORDERED.**

**SIGNED:   Emmet G. Sullivan**
**          United States District Judge**
**          January 16, 2009**